**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04022-ERW |
| | § | |
| JAMES A WARD | § | |
| BARBARA M WARD | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/22/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/27/2011                    By:  /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04022-ERW |
| | § | |
| JAMES A WARD | § | |
| BARBARA M WARD | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,100.12
*and approved disbursements of* $11.45
*leaving a balance on hand of[1]:* $6,088.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,088.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,360.01 | $0.00 | $1,360.01 |
| David P. Leibowitz, Trustee Expenses | $5.30 | $0.00 | $5.30 |
| Lakelaw, Attorney for Trustee Fees | $627.50 | $0.00 | $627.50 |
| Lakelaw, Attorney for Trustee Expenses | $11.88 | $0.00 | $11.88 |

Total to be paid for chapter 7 administrative expenses: $2,004.69
Remaining balance: $4,083.98

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $4,083.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $4,083.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $76,027.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,182.61 | $0.00 | $332.12 |
| 2 | Capital One Bank (USA), N.A. | $21,956.13 | $0.00 | $1,179.41 |
| 3 | Chase Bank USA, N.A. | $14,324.42 | $0.00 | $769.46 |
| 4 | General Dentistry Associates | $2,438.00 | $0.00 | $130.96 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | $15,730.32 | $0.00 | $844.98 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | $7,180.75 | $0.00 | $385.73 |
| 7 | GE Money Bank/ JCPENNEY CREDIT CARD SERVICES | $3,043.94 | $0.00 | $163.51 |
| 8 | GE Money Bank/ JCPENNEY CREDIT CARD SERVICES | $1,196.15 | $0.00 | $64.25 |
| 9 | GE Money Bank/SAM'S CLUB | $3,975.67 | $0.00 | $213.56 |

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $4,083.98 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
James A Ward  
Barbara M Ward  
    Debtors

Case No. 11-04022-ERW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: esullivan     Page 1 of 1     Date Rcvd: Oct 28, 2011  
                  Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2011.

```
db/jdb     +James A Ward,   Barbara M Ward,   7911 W. Palm Ct.,   Orland Park, IL 60462-4102
16750636   +BAC Home Loans,   450 American St.,   Simi Valley, CA 93065-6285
16750637   +Beneficial National Bank,   301 N. Walnut Street,   Wilmington, DE 19801-3964
16750638   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   CO TSYS Debt Management,   P.O. Box 5155,
             Norcross, GA 30091)
17230787    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
17249234    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16750639    Chase Bank USA, N.A.,   PO Box 15298,   Wilmington, DE 19850-5298
16750640   +CitiCards Credit Services,   Centralized Bankruptcy,   PO Box 20507,   Kansas City, MO 64195-0507
16750641   +CitiCards Private Label,   Attn: Bankruptcy Dept.,   P.O. Box 20483,   Kansas City, MO 64195-0483
16750643   +General Dentistry Associates,   9761 Southwest Hwy.,   Oak Lawn   60453-3661
16750644   +HSBC Best Buy,   Bankruptcy Department,   P. O. Box 5213,   Carol Stream, IL 60197-5213
16750646    Menards/HSBC,   P.O. Box 15521,   Wilmington, DE 19850-5521
16750647   +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
16750649   +Sears,   P.O. Box 6275,   Sioux Falls, SD 57117-6275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17170404    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2011 03:35:57    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16750642   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2011 03:35:57    Discover Financial Services,
             Po box 3025,   New Albany, OH 43054-3025
17504112    E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:26:47    GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16750645    E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42    JCPenny,   P.O. Box 981131,
             El Paso, TX 79998-1131
17345908   +E-mail/Text: resurgentbknotifications@resurgent.com Oct 29 2011 00:40:36
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16750648    E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42    Sams Club,   P.O. Box 981064,
             El Paso, TX 79998-1064
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Lakelaw
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**          **Signature:** _Joseph Speetjens_