**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04022-ERW |
| | § | |
| JAMES A WARD | § | |
| BARBARA M WARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $291,610.00 | Assets Exempt: | $25,710.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,083.98 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,016.14 | | |

3) Total gross receipts of $6,100.12 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,100.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $259,640.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,016.14 | $2,016.14 | $2,016.14 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $94,969.00 | $76,027.99 | $76,027.99 | $4,083.98 |
| **Total Disbursements** | $354,609.00 | $78,044.13 | $78,044.13 | $6,100.12 |

4). This case was originally filed under chapter 7 on 01/31/2011. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012            By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2003 Chevrolet Avalanche | 1129-000 | $6,100.00 |
| Interest Earned | 1270-000 | $0.12 |
| **TOTAL GROSS RECEIPTS** | | **$6,100.12** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans | 4110-000 | $219,780.00 | NA | $0.00 | $0.00 |
| | BAC Home Loans | 4110-000 | $39,860.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$259,640.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,360.01 | $1,360.01 | $1,360.01 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.30 | $5.30 | $5.30 |
| Green Bank | 2600-000 | NA | $11.45 | $11.45 | $11.45 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $627.50 | $627.50 | $627.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $11.88 | $11.88 | $11.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,016.14** | **$2,016.14** | **$2,016.14** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $6,060.00 | $6,182.61 | $6,182.61 | $332.12 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $21,991.00 | $21,956.13 | $21,956.13 | $1,179.41 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $14,300.00 | $14,324.42 | $14,324.42 | $769.46 |
| 4 | General Dentistry Associates | 7100-000 | $2,438.00 | $2,438.00 | $2,438.00 | $130.96 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | 7100-000 | $15,599.00 | $15,730.32 | $15,730.32 | $844.98 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA | 7100-000 | $7,025.00 | $7,180.75 | $7,180.75 | $385.73 |
| 7 | GE Money Bank/ JCPENNEY CREDIT CARD SERVICES | 7100-900 | $2,983.00 | $3,043.94 | $3,043.94 | $163.51 |
| 8 | GE Money Bank/ JCPENNEY CREDIT CARD SERVICES | 7100-900 | $1,196.00 | $1,196.15 | $1,196.15 | $64.25 |
| 9 | GE Money Bank/SAM'S CLUB | 7100-900 | $3,867.00 | $3,975.67 | $3,975.67 | $213.56 |
| | Beneficial National Bank | 7100-000 | $4,138.00 | NA | NA | $0.00 |
| | Chase Bank USA, N.A. | 7100-000 | $4,743.00 | NA | NA | $0.00 |
| | HSBC Best Buy | 7100-000 | $5,545.00 | NA | NA | $0.00 |
| | Menards/HSBC | 7100-000 | $3,455.00 | NA | NA | $0.00 |
| | Palos Community Hospital | 7100-000 | $843.00 | NA | NA | $0.00 |
| | Sears | 7100-000 | $786.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $94,969.00 | $76,027.99 | $76,027.99 | $4,083.98 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-04022-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WARD, JAMES A AND WARD, BARBARA M | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| For the Period Ending: | 2/10/2012 | §341(a) Meeting Date: | 03/22/2011 |
| | | Claims Bar Date: | 07/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Single Family Residence 7911 W. Palm Ct. Orland Park, IL 60462 | $270,000.00 | $0.00 | DA | $0.00 | FA |
| 2 Fifth Third Checking Account xxxx977 | $1.00 | $0.00 | DA | $0.00 | FA |
| 3 Fifth Third Checking xxxxxxx104 | $94.00 | $0.00 | DA | $0.00 | FA |
| 4 Fifth Third Checking xxxx973 | $800.00 | $0.00 | DA | $0.00 | FA |
| 5 Fifth Third CD | $900.00 | $0.00 | DA | $0.00 | FA |
| 6 7 rooms of furnishings averaging in excess of 9 years of age | $450.00 | $0.00 | DA | $0.00 | FA |
| 7 Miscellaneous CDs and DVDs | $40.00 | $0.00 | DA | $0.00 | FA |
| 8 Necessary wearing apparel | $400.00 | $150.00 | DA | $0.00 | FA |
| 9 Hand tools for woodworking averaging in excess of 15 years old | $175.00 | $0.00 | DA | $0.00 | FA |
| 10 Husband Pension | $0.00 | $0.00 | DA | $0.00 | FA |
| 11 Wife Pension | $0.00 | $0.00 | DA | $0.00 | FA |
| 12 2003 Chevrolet Avalanche | $12,000.00 | $6,110.00 | DA | $6,100.00 | FA |
| 13 2002 Chevrolet Monte Carlo | $6,500.00 | $0.00 | DA | $0.00 | FA |
| 14 Exercise equipment & yard tools | $250.00 | $0.00 | DA | $0.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | DA | $0.12 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $291,610.00 | $6,260.00 | | $6,100.12 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
Debtor's will pay equity in 2003 Avalanche over six months, DA will amend schedules to correct wildcard. Need copy of insurance and title.
Received funds today as first date as down payment. Motion to Sell Estate's Interest prepared.
TFR completed for Trustee's review.
TDR to be completed.

| **Initial Projected Date Of Final Report (TFR):** | 12/01/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/01/2011 | DAVID LEIBOWITZ |

Case 11-04022   Doc 35   Filed 04/13/12   Entered 04/13/12 10:48:52   Desc Main
Document      Page 6 of 9

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 11-04022-ERW | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | WARD, JAMES A AND WARD, BARBARA M | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******0658 | **Checking Acct #:** | ******2201 |
| **Co-Debtor Taxpayer ID #:** | ******0659 | **Account Title:** | DDA |
| **For Period Beginning:** | 1/31/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,500.12 | | $2,500.12 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $2,499.34 |
| 07/28/2011 | (12) | James Ward | | 1129-000 | $900.00 | | $3,399.34 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.51 | $3,395.83 |
| 08/22/2011 | (12) | James Ward | Payment in full. | 1280-002 | $3,600.00 | | $6,995.83 |
| 08/29/2011 | 5001 | James & Barbara Ward | Refund - Overpayment of equity in the 2003 Avalanche | 1280-002 | ($900.00) | | $6,095.83 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.16 | $6,088.67 |
| 11/29/2011 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.30 | $6,083.37 |
| 11/29/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 11.88; Amount Allowed: 11.88; Distribution Dividend: 100.00; | 3120-000 | | $11.88 | $6,071.49 |
| 11/29/2011 | 5004 | Lakelaw | Claim #: ; Amount Claimed: 627.50; Amount Allowed: 627.50; Distribution Dividend: 100.00; | 3110-000 | | $627.50 | $5,443.99 |
| 11/29/2011 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,360.01 | $4,083.98 |
| 11/29/2011 | 5006 | Discover Bank | Claim #: 1; Amount Claimed: 6,182.61; Amount Allowed: 6,182.61; Distribution Dividend: 5.37; | 7100-900 | | $332.12 | $3,751.86 |
| 11/29/2011 | 5007 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 21,956.13; Amount Allowed: 21,956.13; Distribution Dividend: 5.37; | 7100-900 | | $1,179.41 | $2,572.45 |
| 11/29/2011 | 5008 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 14,324.42; Amount Allowed: 14,324.42; Distribution Dividend: 5.37; | 7100-900 | | $769.46 | $1,802.99 |
| 11/29/2011 | 5009 | General Dentistry Associates | Claim #: 4; Amount Claimed: 2,438.00; Amount Allowed: 2,438.00; Distribution Dividend: 5.37; | 7100-000 | | $130.96 | $1,672.03 |
| 11/29/2011 | 5010 | PYOD LLC its successors and assigns as assignee of | Claim #: 5; Amount Claimed: 15,730.32; Amount Allowed: 15,730.32; Distribution Dividend: 5.37; | 7100-000 | | $844.98 | $827.05 |
| 11/29/2011 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 7,180.75; Amount Allowed: 7,180.75; Distribution Dividend: 5.37; | 7100-000 | | $385.73 | $441.32 |
| 11/29/2011 | 5012 | GE Money Bank/ JCPENNEY CREDIT | Claim #: 7; Amount Claimed: 3,043.94; Amount Allowed: 3,043.94; Distribution Dividend: 5.37; | 7100-900 | | $163.51 | $277.81 |
| 11/29/2011 | 5013 | GE Money Bank/ JCPENNEY CREDIT | Claim #: 8; Amount Claimed: 1,196.15; Amount Allowed: 1,196.15; Distribution Dividend: 5.37; | 7100-900 | | $64.25 | $213.56 |
| 11/29/2011 | 5014 | GE Money Bank/SAM'S CLUB | Claim #: 9; Amount Claimed: 3,975.67; Amount Allowed: 3,975.67; Distribution Dividend: 5.37; | 7100-900 | | $213.56 | $0.00 |

**SUBTOTALS** $6,100.12   $6,100.12

| **Case No.** | 11-04022-ERW | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | WARD, JAMES A AND WARD, BARBARA M | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******0658 | | | **Checking Acct #:** | ******2201 |
| **Co-Debtor Taxpayer ID #:** | ******0659 | | | **Account Title:** | DDA |
| **For Period Beginning:** | 1/31/2011 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $6,100.12 | $6,100.12 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $2,500.12 | $0.00 | |
| | | **Subtotal** | | $3,600.00 | $6,100.12 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $3,600.00 | $6,100.12 | |

**For the period of 1/31/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $900.00 |
| Total Non-Compensable Receipts: | $2,700.00 |
| Total Comp/Non Comp Receipts: | $3,600.00 |
| Total Internal/Transfer Receipts: | $2,500.12 |
| | |
| Total Compensable Disbursements: | $6,100.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,100.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $900.00 |
| Total Non-Compensable Receipts: | $2,700.00 |
| Total Comp/Non Comp Receipts: | $3,600.00 |
| Total Internal/Transfer Receipts: | $2,500.12 |
| | |
| Total Compensable Disbursements: | $6,100.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,100.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 11-04022 Doc 35 Filed 04/13/12 Entered 04/13/12 10:48:52 Desc Main
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 8 of 9

| **Case No.** | 11-04022-ERW | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | WARD, JAMES A AND WARD, BARBARA M | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0658 | | **Money Market Acct #:** | ******4022 |
| **Co-Debtor Taxpayer ID #:** | ******0659 | | **Account Title:** | |
| **For Period Beginning:** | 1/31/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/13/2011 | (12) | James Ward & Barbara Ward | Partial payment on equity | 1129-000 | $700.00 | | $700.00 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $700.02 |
| 05/25/2011 | (12) | James & Barbara Ward | | 1129-000 | $900.00 | | $1,600.02 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.04 | | $1,600.06 |
| 06/24/2011 | (12) | James Ward & Barbara Ward | | 1129-000 | $900.00 | | $2,500.06 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.06 | | $2,500.12 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,500.12 | $0.00 |
| | | | **TOTALS:** | | $2,500.12 | $2,500.12 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,500.12 | |
| | | | **Subtotal** | | $2,500.12 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.12 | $0.00 | |

**For the period of 1/31/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.12 |

**For the entire history of the account between 04/13/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.12 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-04022-ERW | |
| **Case Name:** | WARD, JAMES A AND WARD, BARBARA M | |
| **Primary Taxpayer ID #:** | ******0658 | |
| **Co-Debtor Taxpayer ID #:** | ******0659 | |
| **For Period Beginning:** | 1/31/2011 | |
| **For Period Ending:** | 2/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******4022 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,100.12 | $6,100.12 | $0.00 |

**For the period of 1/31/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,400.12 |
| Total Non-Compensable Receipts: | $2,700.00 |
| Total Comp/Non Comp Receipts: | $6,100.12 |
| Total Internal/Transfer Receipts: | $2,500.12 |
| | |
| Total Compensable Disbursements: | $6,100.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,100.12 |
| Total Internal/Transfer Disbursements: | $2,500.12 |

**For the entire history of the case between 01/31/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,400.12 |
| Total Non-Compensable Receipts: | $2,700.00 |
| Total Comp/Non Comp Receipts: | $6,100.12 |
| Total Internal/Transfer Receipts: | $2,500.12 |
| | |
| Total Compensable Disbursements: | $6,100.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,100.12 |
| Total Internal/Transfer Disbursements: | $2,500.12 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ